# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAWRENCE ALLEN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 08-1625 Judge McVerry |
| ALLEGHENY COUNTY, et al., | ) ) | Magistrate Judge Bissoon |
| Defendants. | ) | |

## MEMORANDUM ORDER

Lawrence Allen's civil rights complaint was received by this Court on November 26, 2008, and was referred to United States Magistrate Judge Cathy Bissoon for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on February 17, 2009, recommended that the Complaint be dismissed in accordance with the Prison Litigation Reform Act, 28 U.S.C. § 1915(e)(2)(B)(ii) (Doc. 11). The parties were allowed ten days from the date of service to file objections. Service was made upon the Plaintiff by First Class United States Mail at his place of incarceration, the State Correctional Institution at Frackville, Pennsylvania. Objections were due on or before March 6, 2009, but none have been filed.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation, the following

order is entered:

AND NOW, this 11th day of March, 2009,

IT IS HEREBY ORDERED that the Complaint is DISMISSED.  The Report and Recommendation of Magistrate Judge Bissoon, (Doc. 11), dated February 17, 2009, is adopted as the opinion of the court. The Clerk is directed to mark the case CLOSED.

s/Terrence F. McVerry
Terrence F. McVerry
U.S. District Court Judge

cc:
LAWRENCE ALLEN
BH-1999
S.C.I. at Frackville
1111 Altamont Blvd
Frackville, PA 17931